Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Sheila Crawford

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHEILA CRAWFORD (SSN XXX-XX-9697), Plaintiff, vs. CAROLYN W. COLVIN, Acting Commissioner Of Social Security, Defendant. | Case No.: ED CV 15-1436-SJO (PLA) [~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES |

1  Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

2  **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **THREE THOUSAND NINE HUNDRED DOLLARS** ($3,900.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: __April 20, 2016__

/s/ Paul L. Abrams
_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE